

**FILED**

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0705

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 19-0705

| | | |
|---|---|---|
| CITY OF DARBY, | ) | **FILED** |
| | ) | |
| Plaintiff and Appellee, | ) | MAR 17 2020 |
| | ) | Bowen Greenwood |
| v. | ) | Clerk of Supreme Court |
| | ) | State of Montana |
| | ) | ORDER |
| AUSTIN W. GRAUBERGER, | ) | |
| | ) | |
| Defendant and Appellant. | ) | |

This Court reviews brief to ensure compliance with the Montana Rules of Appellate Procedure.

M. R. App. P. 10(2) requires that in criminal cases appealed by the defendant, all briefs shall be served on both the City Attorney and the Attorney General. As filed March 16, 2019, it is not clear that Appellant's brief was served upon the City Attorney and Attorney General. Therefore,

IT IS ORDERED that Appellant shall serve a copy of Appellant's brief on the City Attorney of Darby and the Attorney General of the State of Montana;

IT IS FURTHER ORDERED that Appellant shall file with the Clerk of this Court a corrected Certificate of Service indicating such service;

IT IS FURTHER ORDERED that the Attorney General shall be served, and the corrected Certificate of Service be filed, within fifteen days of the date of this Order.

The Clerk is directed to mail a true copy of this Order to all counsel of record.

DATED this 17 day of March, 2019.

_____
Justice